IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06CV51

| Frank Betz Associates, Inc., Plaintiff, v. Douglas E. Tino, Inc., and Douglas E. Tino., Defendants. | **ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE** |
|---|---|

**THIS MATTER** is before the Court upon the motion of Plaintiff to allow Frank S. Holleman III, Wallace K. Lightsey, and Troy A. Tessier to appear *Pro Hac Vice*, filed February 7, 2006.

Upon careful review and consideration, this Court will grant the Plaintiff's Application.

In accordance with Local Rule 83.1 (B), of this Court's Local Rules of Civil Procedure, Messrs. Schlesinger, Fisher, and Hechtel are ordered to pay the admission fee of One Hundred ($100.00) Dollars each to the Clerk of Court within ten (10) days of the date of this Order.

**IT IS SO ORDERED.**

Signed: February 9, 2006

Graham C. Mullen
United States District Judge